UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM A. PORTILLO MELARA

                  Petitioner,

    - against -

Heriberto Tellez, WARDEN, METROPOLITAN
DETENTION CENTER
Judith Almodovar, ACTING NEW YORK FIELD OFFICE
DIRECTOR, U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,
Kristi Noem, SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY,
Todd M. Lyons, ACTING DIRECTOR, U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT, and
Pamela Bondi, U.S. ATTORNEY GENERAL,

                  Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Action No. 26-CV-01017

(Reyes, J.)

**STIPULATION AND**
**ORDER OF DISMISSAL**

WHEREAS, Petitioner in the above-captioned action has filed a Petition for a writ of habeas releasing him from custody; and

WHEREAS, neither Petitioner nor Respondents concedes any wrongdoing or defenses that party may have:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, that:

1. Petitioner agrees to dismiss this action without prejudice and without costs or fees; and

2. U.S. Immigration and Customs Enforcement (ICE) agrees to a burden-shifted bond hearing for Petitioner – who is presently in removal proceedings – before an immigration judge, in which hearing ICE bears the burden of proving by clear and

*Portillo Melara v. Tellez, et al.*, No. 26-cv-1017 (Reyes, J.)
**Stipulation and Order of Dismissal**

convincing evidence that Petitioner is a danger or flight risk. Within two business days of this stipulation being so-Ordered, ICE will seek the above-referenced burden-shifted bond hearing.

Dated: Middletown, Rhode Island
      March 3, 2026

          */s/ Ann Elise McCaffrey*
          Ann Elise McCaffrey, Esq.
          McCaffrey Immigration Law
          PO Box 4204
          Middletown, RI 02842
          (347) 881-3032
          eliselaw@protonmail.com
          *Counsel for Petitioner*

Dated: Brooklyn, New York
      March 3, 2026

          JOSEPH NOCELLA, JR.
          United States Attorney
          Eastern District of New York
          *Counsel for Respondents*
          271 Cadman Plaza, 7th Floor
          Brooklyn, New York 11201

By:    **JUSTIN KIRSCHNER** Digitally signed by JUSTIN KIRSCHNER
                               Date: 2026.03.03 11:06:26 -05'00'
          Justin S. Kirschner
          Assistant U.S. Attorney
          (718) 254-6884
          Justin.Kirschner@usdoj.gov

SO ORDERED this 3rd day of March, 2026

**/s/Ramón E. Reyes, Jr.**
 HONORABLE RAMON E. REYES, JR.
United States District Judge

2